IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH NADINE CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  2:25-CV-0887-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the Court is the parties' stipulation for an extension of time for Plaintiff to file a dispositive motion. See ECF No. 11. The stipulation is signed by all parties and will be approved.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The parties' stipulation for an extension of time for Plaintiff to file an opening brief, ECF No. 11, is approved.

2. Plaintiff's motion for summary judgment is due on or before July 21, 2025.

3. Defendant's cross-motion for summary judgment is due on or before August 20, 2025.

4. Plaintiff's optional reply brief is due on or before 14 days after service of Defendant's cross-motion.

Dated: June 13, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE