# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH NADINE CRUZ, <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security <br><br> Defendant. | Case No.: 2:25-cv-00887-DMC <br><br> ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that the briefing schedule is amended:

Plaintiff's Motion of Summary Judgment due: August 15, 2025;

Defendant cross-motion for summary judgment due: September 15, 2025;

///

1  Plaintiff's optional reply due: September 29, 2025.

2  IT IS SO ORDERED.

5  Dated: July 24, 2025



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE