1  ERIC GRANT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245.
   Head of Program Litigation 1
3  Social Security Administration
   MARCELO ILLARMO (MABN 670079)
4  Special Assistant United States Attorney
   Program Litigation 1 | Law & Policy
5       6401 Security Boulevard
        Baltimore, Maryland 21235
6       Telephone: (510) 970-4822
         Email: Marcelo.Illarmo@ssa.gov
7  Attorneys for Defendant

8

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                            FRESNO DIVISION

13

| | |
|---|---|
| 14 | No. 2:25-cv-00887-DMC |
| 15  SARAH NADINE CRUZ, | |
| 16  Plaintiff, | STIPULATION and ORDER FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |
| 17  v. | |
| 18  COMMISSIONER OF SOCIAL SECURITY, | |
| 19  Defendant. | |

20

21     IT IS HEREBY STIPULATED, by and between the parties, through their respective

22 counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from

23 October 20, 2025, to November 19, 2025. This is Defendant's first request for an extension of

24 time to respond to Plaintiff's brief.

25     At the end of the day on September 30, 2025, the appropriations that have been funding

26 the Department of Justice expired and appropriations to the Department lapsed. The same is true

27 for most Executive agencies, including federal defendant Social Security Administration (SSA). It

28 is not clear when funding will be restored by Congress.

1  Absent an appropriation or continuing resolution, Department of Justice and SSA
2  attorneys are prohibited from working, even on a voluntary basis, except in very limited
3  circumstances, including "emergencies involving the safety of human life or the protection of
4  property." 31 U.S.C. § 1342. That exception is not deemed to include most civil cases.
5  Undersigned counsel for therefore requests an extension of time for 30 days. Subsequent
6  to restored appropriations, counsel may also need to request extensions on other impacted
7  deadlines.
8  The parties further stipulate that the Court's Scheduling Order shall be modified
9  accordingly.
10 • Defendant shall respond to Plaintiff's opening brief on or before November 19, 2025;
11 • Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on
12   or before December 3, 2025).

Respectfully submitted,

DATE: October 1, 2025

/s/ Monical Perales*
MONICA PERLAES
Attorney for Plaintiff
(* approved via email on 10/1/25)

ERIC GRANT
United States Attorney

DATE: October 1, 2025        By   s/ Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: October 1, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

3