Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: Monica.perales@rohlfinglaw.com

Attorneys for Plaintiff
Sarah Nadine Cruz

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH NADINE CRUZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:25-cv-00887-DMC (SS)<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. §§ 1920; 2412; DECLARATION OF MONICA PERALES |

TO THE HONORABLE DENNIS M. COTA, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Sarah Nadine Cruz ("Cruz") be awarded attorney fees and expenses in the amount of five thousand two hundred and fifty dollars ($5,250.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of zero dollars ($0.00) under 28 U.S.C. §§ 1920; 2412.  These amounts represent compensation for all legal

-1-

services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412.

After the Court issues an order for EAJA fees to Cruz, the government will consider the matter of Cruz's assignment of EAJA fees to Monica Perales.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Cruz, but if the Department of the Treasury determines that Cruz does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Cruz.[1] Any payments may be made by check or electronic fund transfer (EFT) and shall be delivered to the Law offices of Lawrence D. Rohlfing, Inc.

This stipulation constitutes a compromise settlement of Cruz's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Cruz and/or Monica Perales including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Monica Perales and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

-2-

attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: February 19, 2026    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Monica Perales*[2]

BY: _____
Monica Perales
Attorney for plaintiff Sarah Nadine Cruz


DATED: February 19, 2026    ERIC GRANT
United States Attorney


/s/ *Marcelo N. Illarmo*

_____
MARCELO N. ILLARMO
Special Assistant United States Attorney
Attorneys for Defendant
FRANK BISIGNANO, Commissioner of Social
Security (Per e-mail authorization)

Dated:  February 23, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE
JUDGE

---

[2] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-3-

**ORDER**

Approved and so ordered. Sarah Nadine Cruz is awarded attorney fees and expenses in the amount of $5,250.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. §§ 1920; 2412 pursuant to the terms of the stipulation.

**DECLARATION OF MONICA PERALES**

I, Monica Perales, declare as follows:

1.  I am an attorney at law duly admitted to practice before this Court in this case.  I represent Sarah Nadine Cruz in this action.  I make this declaration of my own knowledge and belief.

2.  I attach as exhibit 1 a true and correct copy of the itemization of time in this matter.

3.  I attach as exhibit 2 a true and correct copy of the retainer agreement with Sarah Nadine Cruz containing an assignment of the EAJA fees.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this February 19, 2026, at Santa Fe Springs, California.


/s/ *Monica Perales*

_____

Monica Perales

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California 90670.

On this day of February 19, 2026, I served the foregoing document described as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ms. Sarah Nadine Cruz
866 Pomona Ave.
Oroville, CA 95965

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Monica Perales          /s/ *Monica Perales*
TYPE OR PRINT NAME          SIGNATURE